AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

MICHAEL DONOVAN, JOE CROWLEY, NICK GREENE, and MELANIE BARBER, on behalf of themselves and those similarly situated )
*Plaintiff* )
v. ) Case No. 7:25-cv-10571
PEPSICO, INC. and WALMART INC. )
*Defendant* )

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Michael Donovan, Joe Crowley, Nick Greene, and Melanie Barber    .

Date:   02/10/2026

/s/ Daniel L. Gifford
*Attorney's signature*

Daniel L. Gifford (5935382)
*Printed name and bar number*

Cohen Milstein Sellers & Toll PLLC
88 Pine Street, 14th Floor
New York, NY 10005
*Address*

dgifford@cohenmilstein.com
*E-mail address*

(212) 838-7797
*Telephone number*

(212) 838-7745
*FAX number*